IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MISTY N. SORENSON,

    Plaintiff,                            JUDGMENT IN A CIVIL CASE

v.                                              Case No. 11-cv-161-bbc

SENTRY INSURANCE A MUTUAL
COMPANY,

    Defendant.

---

      This action came before the court and a jury with District Judge Barbara B. Crabb presiding. The issues have been tried and the jury has rendered its verdict.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant

Sentry Insurance A Mutual Company against plaintiff Misty N. Sorenson dismissing this case.


Approved as to form this 27th day of August, 2012.


*Barbara B. Crabb*
Barbara B. Crabb,
District Judge


*Peter Oppeneer*                              8/27/12
Peter Oppeneer, Clerk of Court                 Date