IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MISTY N. SORENSON,

       Plaintiff,

v.

SENTRY INSURANCE A MUTUAL
COMPANY,

       Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-161-bbc

       This action came before the court and a jury with District Judge Barbara B. Crabb presiding.  The issues have been tried and the jury has rendered its verdict.

       IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Sentry Insurance A Mutual Company against plaintiff Misty N. Sorenson dismissing this case.

Approved as to form this 24th day of August, 2012.

_____
Barbara B. Crabb,
District Judge

_____      _____
Peter Oppeneer, Clerk of Court              8/27/12
                                                  Date